UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN WRIGHT,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. C21-5017 RSL

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation as to all sections except that page 3, line 16, which cites "7 Stat. 33," should cite "7 Stat. 333";

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is DENIED;

(3) Plaintiff's complaint (Dkt. 4-1) is dismissed as frivolous; and

(4) The Clerk is directed to send copies of this Order to plaintiff.

Dated this 15th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1